HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DON GUANTZ,<br><br>　　　　　Defendant. | CASE NO. C13-5785 RBL<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

　　(1) The Court adopts the Report and Recommendation;

　　(2) Plaintiff's motion for default is denied as frivolous. Defendants had a pending motion for a more definite statement filed when plaintiff filed his motion;

　　(3) This action is DISMISSED without prejudice based on further violations of case management orders as outlined in the Report and Recommendation;

ORDER - 1

(4) All pending motions are DISMISSED as moot.

Dated this 6th day of December, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE